# NO. 12-12-00368-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *HEST TECHNOLOGIES, INC.,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Relator, Hest Technologies, Inc., has filed a motion to dismiss this original proceeding. After considering the motion, the court is of the opinion that it should be granted. Accordingly, we **grant** Relator's motion and **dismiss** this original proceeding.

Opinion delivered April 30, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 30, 2013**

**NO. 12-12-00368-CR**

**HEST TECHNOLOGIES, INC.,**
Relator
v.
**HON. DEBORAH OAKES EVANS**,
Respondent

### ORIGINAL PROCEEDING

THIS CAUSE came on to be heard on the motion of the Relator to dismiss this original proceeding herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that this original proceeding be **dismissed**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*